

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-19-00288-CV

**DCP SAND HILLS PIPELINE, LLC,**
Appellants

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.,**
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-16-0033-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellant's second unopposed motion for extension of time to file its brief is GRANTED. Appellant's brief is due no later than November 6, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk